# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

LISA M. BERRY

                     V.                    CASE NUMBER: 6:06-CV-849(NPM/GJD)

**AMBULANCE SERVICE OF FULTON COUNTY, INC.; and HOWARD W. HIME, JR., Individually and as employee of Ambulance Service of Fulton County, Inc.**

[ ]        **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF pursuant to the Memorandum-Decision and Order of the Hon. Neal P. McCurn filed March 29, 2007.

DATED:    March 29, 2007

                                                   Clerk of Court

LKB:lmp